# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TARY HUFFMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1911

———————————————

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

PER CURIAM.

Affirmed.

LaROSE, ATKINSON, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.